**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JESSIE HILL**
**ADC #104136**                                                                                      **PLAINTIFF**

**V.**                      **CASE NO. 4:14-CV-331 SWW**

**DUSTIN McDANIEL, et al.**                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 28TH DAY OF AUGUST, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE